IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA HODES,

    Plaintiff,

vs.                        Case No.:1:09-CV-24-SPM/AK

ASSET ACCEPTANCE LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' Joint "Stipulation of Dismissal with Prejudice" (doc. 19) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown. All pending motions are hereby denied as moot.

DONE and ORDERED this twenty-eighth day of August, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge